# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CARANCHINI,<br><br>        Plaintiff,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGAR, et al.,<br><br>        Defendants.<br>_____/ | 1:10-CV-02389-OWW-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(DOC. 7)<br><br>DISMISSAL COUNTS AS STRIKE PURSUANT TO 28 U.S.C. § 1915(G) |

    Plaintiff Benjamin Caranchini ("Plaintiff") is a former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint on December 27, 2010. Doc. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 15, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty-one days. Doc. 7. Plaintiff did not file a timely Objection to the Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 15, 2011, is adopted in full;
2. The action is dismissed without prejudice pursuant to the favorable termination rule of *Heck v. Humphrey*, 512 U.S. 477 (1994); and
3. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   September 6, 2011**             /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE